# EXHIBIT C

# FINAL
# REMEDIAL ACTION ACTIVITY REPORT
## FOR OMEGA AIR CRASH SITE
## NAVAL BASE VENTURA COUNTY POINT MUGU
## POINT MUGU, CALIFORNIA

**April 27, 2012**
**Rev. 01**

Prepared for:

OMEGA AIR

Omega Air, Inc
10315 Wetmore Road
San Antonio, TX. 78216

Prepared By:

INSIGHT
Environmental, Engineering and Construction, Inc.

Insight Environmental Engineering & Construction, Inc.
3010 E. Miraloma Avenue
Anaheim, CA 92806-1810
**INSIGHT PROJECT NUMBER: 4-77402**

# FINAL
# REMEDIAL ACTION ACTIVITY REPORT

## FOR OMEGA AIR CRASH SITE
## NAVAL BASE VENTURA COUNTY
## POINT MUGU, CALIFORNIA

**PREPARED FOR:**

**OMEGA AIR, INC**

Prepared by:

[redacted]

Project Geologist

4/27/12
Date

Reviewed and Approved by:

[redacted]

Project Geologist

4-27-12
Date

PRO [redacted] OGIST
Expires: 1/31/13
STATE OF CALIFORNIA

# TABLE OF CONTENTS

FINAL i

**1. INTRODUCTION ........ 1-1**

1.1. NBVC POINT MUGU ........ 1-2

1.2. OMEGA AIR CRASH SITE ........ 1-3

1.3. PREVIOUS REMEDIAL ACTION ACTIVITIES ........ 1-3

*1.3.1. INITIAL ASSESSMENT STUDY ........ 1-4*

*1.3.2. NATURE AND EXTENT OF CONTAMINATION ........ 1-6*

**2. REMEDIAL ACTION OBJECTIVES ........ 2-1**

**3. REMEDIAL ACTION ACTIVITIES ........ 3-1**

3.1. Phase I: Preparatory Activities ........ 3-1

3.2. Phase II: Excavation Activities ........ 3-2

3.2.1. Initial Excavation and Confirmation Sampling ........ 3-2

3.2.2. Over-excavation and Confirmation Sampling ........ 3-4

3.2.3. Backfilling Operations ........ 3-5

3.2.4. Post Excavation Survey ........ 3-6

3.3. Phase III: Off-Base Disposal ........ 3-6

3.3.1. Sediment Disposal ........ 3-6

3.3.2. Wastewater Disposal ........ 3-7

**4. EFFECTIVENESS OF REMEDIAL ACTION ........ 4-1**

4.1. Results of Confirmation Sampling ........ 4-1

4.2. Environmental Conditions Report ........ 4-2

4.3. General Findings ........ 4-3

4.4. Closure Summary ........ 4-3

**5. ONGOING ACTIVITIES ........ 5-1**

**6. CERTIFICATION OF COMPLETION ........ 6-1**

**7. REFERENCES ........ 7-1**

## FIGURES


| | |
|---|---|
| Figure 1-1 | Site Vicinity Map |
| Figure 1-2 | Site Location Map |
| Figure 1-3 | Results Exceeding Project Action Limits |
| Figure 3-1 | Site Layout & Excavation Extents |
| Figure 3-2 | Sediment Sampling Locations & Restoration Plan |
| Figure 4-1 | Post Distribution of COPCs above PALs |


## TABLES


| | |
|---|---|
| Table 4-1 | Confirmation Sample Summary |
| Table 4-2 | Confirmation Sampling Overview |
| Table 4-3 | Backfill Material Sample Summary |
| Table 4-4 | Waste Stockpile Sample Summary |
| Table 4-5 | Wastewater Sample Summary |


## APPENDECIES


| | |
|---|---|
| Appendix A: | Sediment Sampling Technical Memorandum Data Tables |
| Appendix B: | Categorical Exclusion & Permits |
| Appendix C: | Site Surveys |
| Appendix D | Confirmation Sample Analytical Reports<br>(CD included with complete analytical and data validation) |
| Appendix E | Daily Production Reports |
| Appendix F | Excavation Logs |
| Appendix G | Waste Manifests |
| Appendix H | Environmental Conditions Report |
| Appendix I | Responses to Regulatory Comments |

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ARAR | applicable or relevant and appropriate requirement |
| bcy | bank cubic yards |
| BTI | Bradley Tanks, Inc. |
| bgs | below ground surface |
| BTEX | benzene, toluene, ethylbenzene, total xylenes |
| CA D&G | California Department of Fish and Game |
| COPC | contaminants of potential concern |
| DON | Department of the Navy |
| ER-L | effects range-low |
| ER-M | effects range median |
| HDPE | high density polyethylene |
| IAS | Initial Assessment Study |
| IDW | investigation derived waste |
| Insight | Insight Environmental Engineering and Construction, Inc. |
| IRP | Installation Restoration Program |
| LQAP | Laboratory Quality Assurance Program |
| mg/L | milligrams per liter |
| µg/L | micrograms per liter |
| MCL | maximum contaminant level |
| MDL | method detection limit |
| MRL | method reporting limit |
| msl | mean sea level |
| NAVFAC | Naval Facilities Engineering Command Southwest Division |
| NBVC | Naval Base Ventura County |
| NFA | no further action |
| NRDA | Natural Resources Damage Assessment |
| NTR | Navy Technical Representative |
| Omega | Omega Air, Inc. |
| OAC | Omega Air Crash Site |
| OSPR | CA D&G, Office of Spill Prevention and Response |

# ACRONYMS AND ABBREVIATIONS (Cont.)

| | |
|---|---|
| PAL | project action limit |
| QC | quality control |
| RAAR | Removal Action Activity Report |
| RAOs | Removal Action Objectives |
| RAWP | Removal Action Work Plan |
| RWQCB | Regional Water Quality Control Board, Los Angeles Region |
| SVOC | semi-volatile organic compound |
| TPH-d | total petroleum hydrocarbons as diesel |
| TPH-e | total petroleum hydrocarbons extractable |
| TPH-k | total petroleum hydrocarbons as kerosene |
| TPH-mo | total petroleum hydrocarbons as motor oil |
| USCG | United States Coast Guard |
| U.S. EPA | United States Environmental Protection Agency |
| USFWS | United States Fish and Wildlife Service |
| VOC | volatile organic compound |

# 1. INTRODUCTION

This Removal Action Activity Report (RAAR) was prepared for the Omega Air Crash (OAC) Site, Naval Base Ventura County (NBVC), Point Mugu, California. This report documents Omega Air, Inc. (Omega) achievement of the remedial action objectives (RAOs) established by the Department of the Navy (DON) in consultation with the California Department of Fish and Game (CA D&G) in response to operations resulting from the Boeing K707 aerial refueling tanker crash occurring on 18 May 2011.

This RAAR contains available background information and documents of the remedial action activities performed at the OAC Site. The remedial action was conducted between October 2011 and December 2011 and was designed to achieve RAOs with respect to sediment chemicals of potential concern (COPC), sample collection, handling and documentation, management and disposal of excavated sediment, management and disposal of investigation-derived waste, laboratory test methods for the analysis of sediment samples and demonstration of completion.

This remedial action resulted in the excavation of approximately 2,035 cubic yards (yd3) (1,965 tons) of contaminated wetland sediment from two areas of concern, based on the results of site sediment sampling activities. The nature and extent of contamination at the OAC Site is presented in Section 1.3.2. The remedial action was performed in accordance with the Naval Facilities Engineering Command Southwest Division (NAVFAC) Environmental Work Instruction, Chapter 9 of U.S. Environmental Protection Agency (EPA) "Test Methods for Evaluating Solid Waste, Physical Chemical Methods, SW-846" (USEPA 1996), Regional Water Quality Control Board, Los Angeles Region (RWQCB) "Interim Site Assessment & Clean-up Guide Book" (1996), and all other relevant Federal, State, and local regulations.

This Remedial Action Activity Report is organized into seven sections and seven appendices, as follows:

- Section 1. – Introduction, Site Descriptions and Background
- Section 2. – Remedial Action Objectives
- Section 3. – Remedial Action Approach
- Section 4. – Effectiveness of Remedial Action
- Section 5. – Ongoing Activities

- Section 6. – Certification of Completion
- Section 7. – References
    - Appendix A – Sediment Sampling Technical Memorandum Data Tables
    - Appendix B - Categorical Exclusion & Permits
    - Appendix C - Site Surveys
    - Appendix D - Confirmation Sample Analytical Results
    - Appendix E - Daily Production Reports
    - Appendix F - Excavation Logs
    - Appendix G - Waste Manifests
    - Appendix H - Environmental Conditions Report
    - Appendix I – Responses to Regulatory Comments

No further action is recommended at the OAC site addressed as part of this remedial action. The results of confirmation samples obtained from each of the areas of concern at the OAC site indicate that COPCs identified in the Site Work Plan have been successfully removed to levels below the agreed upon Project Action Levels, and the site does not pose an unacceptable risk to human health or the environment.

## 1.1. NBVC Point Mugu

NBVC Point Mugu is located in Point Mugu, Ventura County, California, approximately 50 miles northwest of Los Angeles, and is bordered by Highway 1 to the north and east, the Pacific Ocean to the south and west, and two game reserves to the west and northwest (Figure 1-1). NBVC Point Mugu covers approximately 4,500 acres and supports 897 buildings, including 568 housing units.

NBVC Point Mugu operates and maintains station facilities and provides support services for the Naval Air Warfare Center, Weapons Division and assigned tenants and activities. These services include air terminal, air traffic control, firefighting and crash crews, and an outlying landing facility at San Nicolas Island.

Point Mugu is part of the Naval Air Warfare Center Weapons Division, the Navy's full spectrum research, development, test evaluation, and in-service engineering center for weapons systems associated with air warfare (except for anti-submarine warfare systems), missiles and missile subsystems, aircraft weapons integration and assigned airborne electronic warfare systems.

The Weapons Division includes the Naval Air Weapons Station, Point Mugu, California; the Naval Air Weapons Station, China Lake, California; and the Ordnance Missile Test Station, White Sands, New Mexico. After realignment activities in 2000, the Base became part of NBVC, a consolidated organization that includes the former Construction Battalion Center, Port Hueneme and Naval Air Station, Point Mugu.

## 1.2. Omega Air Crash Site

The Omega Air Crash Site is located on the southern end of the NBVC Air Field, southwest of Runway 3 and Taxiway Alpha, on the western arm of Mugu Lagoon (Figure 1-2) at mean sea level (msl) within the lagoon mudflats. On 18 May 2011, a Boeing K707 aerial refueling tanker, carrying approximately 155,000 pounds of jet fuel, operated by Omega Air, Inc, crashed during take-off on Runway 21 into Mugu Lagoon at the end of Taxiway Alpha. Spill response crews, including Seabees for NMCB 40, UCT 2 and NBVC responded to the incident and enacted emergency response contingencies to isolate and minimize the potential impact to the lagoon to an area of approximately 79 acres.

A Unified Command was instituted immediately following the incident on 18 May 2011 consisting of the NBVC Clean-up Program, California Department of Fish and Game (CA F&G), CA F&G Office of Spill Prevention and Response (OSPR), U.S. Coast Guard (USCG), U.S. Fish and Wildlife Service (USFWS) and the aircraft owner Omega Air, Inc. The Unified Command was established to oversee the emergency response, clean-up operations and to mitigate potential impacts the entire 2,500 acre Mugu lagoon from contaminants of potential concern (COPC) resulting from the airplane crash and ensuing fire. The COPC released to the site as a result of the crash included metals, volatile organic compounds (VOCs), and extractable petroleum hydrocarbons (TPH-e).

The topography surrounding the OAC site is relatively flat with slightly mounded vegetated wetland areas at 2 feet above msl. Hydrology at the site is influenced by tidal fluctuations from Mugu Lagoon. The average tidal fluctuations at the OAC Site are estimated to be between 0 to plus 5 feet msl before containment dams were put in place. Estimated to be 2 to 3 feet above msl after containment dams were placed.

## 1.3. Previous Remedial Action Activities

This section presents information on the Initial Assessment Study and nature and extent of contamination at the OAC Site. These data are described below.

### 1.3.1. *Initial Assessment Study*

Following the removal of the aircraft fuselage and crash debris from the lagoon, an Initial Assessment Study (IAS) was conducted in June 2011 to identify and assess the sites potential threat to human health and/or the environment as result of the release of COPC. Detailed results of the IAS are presented in the *Sediment Sampling Technical Memorandum, Omega Crash Site, NBVC Point Mugu* (Insight 2011a). Complete tabulated analytical results are also included as Appendix A: Sediment Sampling Technical Memorandum Data Tables and are summarized in this section.

The IAS involved the collection and analysis of surface and subsurface sediment samples to evaluate potential contamination resulting from the plane crash. A total of thirty one (31) sediment samples from twenty seven (27) sampling locations were collected for laboratory analysis as presented on Figure 1-3. All thirty one (31) sediment samples collected were analyzed for TPH-e using U.S. EPA Method 8015B and for benzene, toluene, ethylbenzene, and total xylenes (BTEX) using U.S. EPA Method 5035/8260B. Twenty three (23) field samples were analyzed for California Title 22 metals including aluminum, mercury, titanium, and total iron by EPA Method 6010B and seven (7) field samples were analyzed for semivolatile organic compounds (SVOC) using U.S. EPA Method 8270C.

Sediment samples were collected from each sample location and labeled as Omega-001 through Omega-027. Samples were collected from the surface and at a depth of 2 feet bgs at sampling locations Omega-013, Omega-014, Omega-016, and Omega-017, at the location where the plane came to rest. The remaining 23 samples were collected from the surface, in and adjacent to the debris field.

| Detected concentrations for metals, TPH-e, BTEX, | Sample Location with Detectable Concentrations above PALs | Range of Detectable Concentrations above PALs |
|---|---|---|
| ***Metal*** | | |
| Antimony | Omega-0014-0' | 11.8 mg/kg |
| Arsenic | Omega-003 & -017 | 33.7 (017) to 58.7 (003) mg/kg |
| Cadmium | Omega-003, -014-0', & -016 | 3.5 (014) to 19.4 (003) mg/kg |
| Lead | Omega-001, -003, -005, -007, -013 & -014-0' | 28.3 (013) to 54.7 (001) mg/kg |
| Molybdenum | Omega-001, & -006 | 26.6 (006) to 46.8 (001) mg/kg |
| Vanadium | Omega-008, -009 & -012 | 132 (008) to 143 (012) mg/kg |
| **TPH-e** | | |
| TPH-d | Omega-014-0' | 129 mg/kg |
| TPH-k | Omega-014-0' | 259 mg/kg |
| TPH-mo | Omega-001 & -005 | 124 J (005) to 491 (001) mg/kg |
| **BTEX** | | |
| Ethylbenzene | Omega-011, 014-0', 014-2', 016-0', 016-2', & -017-2' | 8.5 J (011) to 663 (014-0') µg/kg |
| Xylene (total) | Omega-014-0' | 3050 µg/kg |
| **SVOC** | | |
| 1-Methylnaphthalene | Omega-014-0' | 3000 µg/kg |
| 2-Methylnaphthalene | Omega-014-0' | 3970 µg/kg |
| Butyl benzyl phthalate | Omega-016-0' | 662 J µg/kg |
| Naphthalene | Omega-014-0' | 1100 J µg/kg |

J – Detected concentration but below reporting limit; therefore, result is an estimated concentration
PAL – Project Action Limit
µg/L - micrograms per liter
mg/L - milligrams per liter
TPH-d - total petroleum hydrocarbons as diesel
TPH-k – total petroleum hydrocarbons as kerosene
TPH-mo – total petroleum hydrocarbons as motor oil

### 1.3.2. NATURE AND EXTENT OF CONTAMINATION

The IAS sediment sampling results were evaluated and compared to the Project Action Limits (PALs) and available information, including background sediment concentration levels, for Installation Restoration Program (IRP) Site 11, the Mugu Lagoon as presented in the *IRP Site 11, Feasibility Study* (ChaduxTt 2010). Based on the evaluation, two areas of concern were identified as impacted by COPCs as a result of the plane crash: the area within the lagoon where the aircraft came to rest, and the debris field immediately to the northeast of the resting area, as defined on Figure 1-3. Based on the evaluation of the sampling data collected and available background information, the proposed site remedy at the OAC Site was removal of impacted sediment by excavation or other means.

# 2. REMEDIAL ACTION OBJECTIVES

This section identifies the RAOs established by the Navy Clean-up Program Managers in consultation with CA D&G in response to operations resulting from the aircraft tanker crash. Determination of RAOs included consideration of site-specific risks and applicable or relevant and appropriate requirements (ARARs) in accordance with California Environmental Protection Agency, Clean Water Act, Section 401 and the State Water Resources Control Board, Resolution: 2008-0026: Wetland and Riparian Area Protection Act. The RAOs were established to allow for the selection of remedial alternatives that effectively prevents potential human and ecological exposure to site COPCs and provides the best balance of tradeoffs with respect to the wetland area protection. The following RAOs were developed for the sediment contamination at the OAC Site:

- Minimize exposure (inhalation/dermal contact/ingestion) by humans and ecological receptors to chemicals in sediment at concentrations exceeding RGs;
- Comply with ARARS;
- Be cost-effective;
- Use minimal invasive and impacting technology to the extent practicable, to protect wetland habitat.

RAOs were needed for the OAC site as approximately 2,035 $yd^3$ of sediment encompassing a 34,000 square foot area containing COPCs at concentrations hazardous to human health and/or the environment was identified (Insight 2011a). The COPCs in sediment at OAC Site are antimony, arsenic, cadmium, lead, molybdenum, vanadium, total petroleum hydrocarbons extractable (TPH-e), benzene, toluene, ethylbenzene, and xylenes (BTEX), and semi-volatile organic compounds (SVOC).

Project Action Limits (PALs) for COPC to support the continued RAA were developed by the Navy Clean-up Program Managers in consultation with CA D&G for sediment from 0 to 3 ft bgs to protect ecological receptors and human health. Revised PALs for individual contaminant analytes are based on the EPA Regional Screening Levels for the protection of groundwater (December 2009), NBVC Mugu Lagoon background levels or half the effects Range-Median (ER-M), or the Effects Range-Low (ER-L) values conforming to updated ecological risk guidance (refer to Table 4-1 for individual analyte PAL and PAL reference). The purpose of the continued RAA was to excavate the remaining COPC contaminated sediment at the OAC Site to levels that would protect human health and the ecological receptors.

# 3. REMEDIAL ACTION ACTIVITIES

The initial site assessment conducted by Insight indicated that sediment within the debris field and around the area where the aircraft came to rest were contaminated with petroleum hydrocarbon constituents. In consultation with DON and CA D&G, Insight excavated approximately 2,035 $yd^3$ of total material from the OAC Site and surrounding area in October 2011 through December 2011. Planning and implementation of the remedial action were conducted as outlined in the Sediment Removal Action Work Plan at Omega Plane Crash Site, NBVC Point Mugu (Insight, 2011b). The NBVC Environmental Division concurred with the recommended corrective action of excavation source removal of COPC contaminated sediment and approved the Removal Action Work Plan (RAWP) on September 27, 2011.

Field implementation of the remedial action at the OAC Site was completed in three phases. An initial phase consisted of preparatory activities which were conducted several weeks prior to the start of the remedial action. The field activities performed during this initial phase included an on-site meeting with Navy representatives and regulators and initial site survey. The actual excavation was the second phase of the field work and commenced on October 15, 2011. Following excavation activities, the final phase consisted of off-base transportation and disposal of contaminated sediment and demobilization. Details regarding the implementation of each phase is provided in the subsections below.

## 3.1. Phase I: Preparatory Activities

On September 13, 2011, a Decision Memorandum, Categorical Exclusion for the OAC Site, was issued by the Commanding Officer, NBVC authorizing the excavation. A copy of the Categorical Exclusion is provided in Appendix B. A subsurface utility clearance was not performed as there are no underground utilities, including natural gas and telecommunication lines, located within the area in or near the immediate vicinity of the proposed excavation. On September 19, 2011, a Utility Outage and Excavation Permit was approved by NBVC Facility Engineering & Acquisition Division, Public Works. A copy of the Utility Outage and Excavation Permit is provided in Appendix B.

An on-site meeting was held on September 29, 2011 at the NBVC Air Field Operations Building between representatives from the NBVC, CA D&G, NAVFAC Southwest, Insight, and Omega. The meeting provided an opportunity to discuss specific field tasks, project objectives, site safety and health and daily coordination with NBVC Point Mugu Airfield operations, munitions operations and missile launch operations in the vicinity of the OAC Site.

On September 21, 2011, an initial topographic survey was performed by Azimuth Group, a California licensed surveyor, to establish existing grades and to assess the pre-removal site topographic features, such as high and low points. This pre-excavation topography survey was used to set grade stakes for post-excavation topography using grades in adjacent undisturbed areas to establish intermediate grades in disturbed areas resulting from the airplane crash clean-up operations. This initial topographic survey also established a systematic sampling grid, with spacing of 50 ft by 50 ft, and was used to identify grid cells (i.e., "cells") requiring excavation as well as to identify the locations within the cells where confirmation sampling would take place.. Copies of the Site surveys are included as Appendix C.

## 3.2. Phase II: Excavation Activities

The excavation of contaminated sediment at the OAC Site began in October 2011 and lasted through November 2011. The area of the Site requiring excavation was irregularly shaped and contained two separated excavation areas ranging in size, with the largest area of approximately 19,704 square feet to the smallest area of approximately 14,477 square feet. Figure 3-1 shows the final excavation extents and areas of operation during different phases of the RA excavation.

An overview of the excavation activities is provided below. Table 4-1 and 4-2 summarize the confirmation sampling results with comparisons to PALs, and indicates which cells were over excavated and which ones met their PALs. Detailed excavation information is included in the confirmation sample analytical reports (Appendix D), the daily production reports (Appendix E), excavation logs (Appendix F), and the waste manifests (Appendix G).

### *3.2.1. Initial Excavation and Confirmation Sampling*

On October 3, 2011, the OAC Site was readied for excavation following a health and safety tailgate meeting. Insight performed all excavation activities at the OAC Site. A stockpiling area was staged in an asphalt paved area along Taxiway Alpha using a double liner system of 10-mil high-density polyethylene (HDPE) sheeting. The stockpile area perimeter was bermed with straw bales (approximately 3-feet high) to prevent run-on surface water from coming into contact with the stockpiled materials. The first (bottom) liner was placed directly on the ground surface and extended over the straw bale berm. The second (top) liner was placed directly on top of the first liner with overlapping seams, extended over the straw bales and the ends wrapped secure under the straw bales.

Prior to excavation, turbidity/silt curtain booms were installed around the excavation to contain and control the dispersion of suspended sediment into adjacent areas of Mugu Lagoon as shown in Figure 3-1. The turbidity curtains are designed with a marine grade floatation boom at the surface and heavy duty filter fabric extending 5 feet below the surface with heavy ¼-inch steel ballast chain attached to the bottom edge. The ends of the turbidity curtains were secured along the lagoon banks, stretched across the lagoon and toed into the sediment

The excavation was accomplished by using standard or long-stick excavators operated from top of the planned temporary roadway that was constructed using a prefabricated Durabase® Composite Mat System. The interlocking mat system provided a solid working surface to allow construction equipment access into the mudflat and intertidal areas. To minimize further disturbances to wetland habitat and vegetation, the temporary roadway was constructed over areas previously disturbed during removal of the aircraft fuselage and crash debris from the lagoon.

Once the temporary road had been constructed, excavation of the contaminated sediment at the OAC Site began on October 6, 2011. The excavation began at the southern area of concern where the aircraft came to rest in Grid cells H3 and H4 using the established grid system as shown in Figure 3-1. The excavation continued in each grid cell until the designed excavation depth had been achieved and a confirmation sediment sample was collected. The excavation proceeded in similar approach to neighboring grid cells until the entire southern area of concern was excavated to the designed depth.

During excavation activities, contaminated sediment became evident by noticeable odors. Air monitoring of the excavation and sediment was performed using a photoionization detector (PID) to ensure worker safety as well as the safety of those within the vicinity during the fieldwork activities. Prior to the end of each day during field activities, all contaminated sediment removed was transported to the bermed stockpile area using front end loaders and dump truck pending drying and off-site disposal.

Pending analytical results from confirmation samples collected on the southern area of concern, the excavation proceeded to the northern area of concern (debris field) on October 12, 2011, beginning in grid cell C2. The excavation continued in similar approach as described above at each grid cell until the designed excavation depth was reached and a confirmation sediment sample was collected.

Confirmation sampling was conducted between October 7 and 26, 2011. A total of 21 sediment samples, including over-excavation samples, were collected at a random location within each grid cell on the excavation floor at the locations shown in Figure 3-2. All 21 samples were analyzed for: TPH-e using U.S. EPA Method 8015, BTEX using U.S. EPA Method 5035/8260B, metals using U.S. EPA Method 6010B and SVOCs using U.S. EPA Method 8270C.

All sediment samples were collected through the use of the excavator bucket and placed in laboratory provided glass jars using pre-cleaned disposable plastic scoops. Sediment samples were not able to be collected using encore sampling by EPA Method 5035 due to the high moisture content of the sediment. All collected sediment samples were collected, processed and prepared in accordance with the Final Sampling Analysis Plan (Insight 2011c) for courier delivery under chain-of-command to EMAX Laboratories, Inc. of Torrance, California for analyses.

The analytical results were compared to the site PALs on a point-by-point basis. Following the initial analysis, a total of 5 sample locations, encompassed by 5 cells (F3, F4, G3, H3 and H4), exceeded the PALs of one or more COPCs (Table 4-2), requiring additional excavation.

#### *3.2.2. Over-excavation and Confirmation Sampling*

The second round of site excavations resumed on October 13, 2011 and continued through October 18, 2011. During this event, the 5 cells that had COPC concentrations above PALs were over excavated an additional 1 foot to a designed depth of 2 ft bgs. Additional confirmation samples were collected and submitted for laboratory analysis. Following the secondary analysis review, a total of 2 sample locations, encompassed by 2 cells (H3 and H4), exceeded the PALs of one or more COPCs (Table 4-2) requiring additional excavation.

A third round of site excavation was needed for cells H3 and H4, which resumed on October 19, 2011. During this event, an additional 1 foot was excavated from cells H3 and H4 to a designed depth of 3 ft bgs. An additional one cell (i.e., cell F3) underwent an initial excavation during this event as the location of the temporary roadway had prevented excavation previously. An initial sampling result for cell F3 exceeded PALs of one or more COPCs and was subsequently over excavated to a depth of 3 ft bgs based on visual and olfactory field observations.

On October 26, 2011, all sediment removal activities ceased and no further excavation was necessary. All excavated sediment was stockpiled onsite prior to off-base disposal.

### 3.2.3. BACKFILLING OPERATIONS

Backfilling operations at the OAC Site began on October 26, 2011 and concluded on November 10, 2011. At the completion of sediment excavation activities, Azimuth Group, a California licensed surveyor, performed a topographic survey to delineate the extents of the excavation and to set grade stakes within the excavation limits using pre-excavation topography survey data.

Additional mudflat sediment was harvested from within cells D1, D2, C2, C3 and B3 until sufficient volume (approximately 585 cu. yds) was generated to cover the entire excavation area. The harvested mudflat sediment was temporarily stockpiled in two areas within the excavation extents in the vicinity of cells D1/E1 and F2 as shown in Figure 3-1. Due to the unique physiochemical soil characteristics of the Mugu Lagoon mudflat sediment and finding matching suitable backfill material would not be possible, this harvested mudflat sediment was used as a 6 to 8 inch upper horizon of native mudflat to match the physical characteristics of the surrounding mudflat sediment as illustrated in the typical backfill cross-section shown in Figure 3-2.

The lower portion of the excavation was backfilled with sandier material imported from the E2 borrow site, a stockpile of former Mugu Lagoon dredge material, located on-base at 13th Street and east of "M" Street. The Navy in consultation with the CA D&G reached a consensus that the former lagoon dredged material would be suitable for backfill at the OAC site after a review of characterization sample results previously collected at the site for another project related to the NBVC Installation Restoration Program. Copies of the backfill characterization sample analytical reports are included in Appendix D - Confirmation Sample Analytical Results and summarized in Table 4-3: Backfill Material Sample Summary.

The E2 borrow site material was transported to the OAC Site using end dump trailers and temporarily stockpiled along the runway overrun as as shown in Figure 3-1. The borrow material was then mechanically placed using standard or long-stick excavators to approximately 6-8 inches below grade.

Following the mechanical backfilling, a 6-inch hydraulic submersible sand/slurry pump was used to place the remaining sandy backfill material and upper harvested top cover material. The submersible pump mixed the backfill material with water from the lagoon to create a slurry mixture. The slurry was discharged evenly across the excavation to ensure a smooth flat surface matching the pre existing surface to the extent practicable.

Approximately 1,450 yds$^3$ of imported sediment from the E-2 borrow site and 585 yds$^3$ of harvested mudflat material were used during the backfilling event, during which approximately 34,182 square feet of mudflat was restored to approximate pre-crash ground surface.

#### *3.2.4. Post Excavation Survey*

At the completion of all site activities a post topographic survey was performed by Azimuth Group, a California licensed surveyor, to assess the post-removal site topographic features, such as high and low points, finish grades within the excavation extents and surrounding mudflat areas. The final survey was performed during a low tide event where surface features are visible due to the receding water levels within the OAC site. The post-removal survey included areas outside of the excavation where the Aircraft traversed the lagoon creating scour trenches along the path to where it finally came to rest. A large scale copy of the final topographic survey is included as Appendix C.

### 3.3. Phase III: Off-Base Disposal

#### *3.3.1. Sediment Disposal*

During the RA excavation activities, all excavated sediment were temporarily stockpiled on-site prior to off-base disposal. A total of four 5-point composite waste stockpile samples (OPCS-WS-001 through OPC-WS-004) were collected from the stockpiled sediment for waste characterization as outlined in the Work Plan (Insight, 2011b). The composited sediment samples were analyzed for total petroleum hydrocarbons as JP-8 by EPA Method 3550B/8015B, BTEX using U.S. EPA Method 5035/8260B, and for total metals by ICP-MS analysis using U.S. EPA method 6020A in accordance with U.S. EPA SW-846, test methods for evaluating solid waste, physical/chemical methods and DoD Quality System Manual for Environmental Laboratories. Copies of the characterization sample analytical reports are included in Appendix D – Confirmation Sample Analytical Results and summarized in Table 4-4.

All sediment was transported beginning December 20, 2011 and continued through December 22, 2011 to the Simi Valley Landfill in Simi Valley, California for disposal as wet sludge non-hazardous waste using 80 end-dump trucks, under Uniform Hazardous Waste Manifests. Transportation manifests for sediment removed during the RA excavation (Appendix G) document the removal of approximately 1,965 tons of contaminated sediment for off-base disposal.

### 3.3.2. WASTEWATER DISPOSAL

During the RA excavation activities, all wastewater generated during dewatering of sediment and equipment decontamination was collected and temporarily stored in a 20,000 gallon baker tank located on Beach Road prior to disposal. One composite wastewater sample (OPCS-WW-001) was collected from the baker tank for waste characterization as outlined in the Work Plan (Insight, 2011b). The wastewater sample was analyzed for biological oxygen demand, hydrogen sulfide, pH, total suspended solids, oil & grease, VOCs full suite using U.S. EPA Method 5035/8260B, SVOCs using U.S. EPA Method 8270C and cadmium, chromium, cooper, lead, nickel, silver and zinc metals by Trace-ICP analysis using U.S. EPA method 3010A/601B.

The wastewater sample results were compared to the City of Oxnard Industrial Wastewater Discharge Permit limits for disposal through the Base's sanitary sewer system, which discharges to the City of Oxnard's Wastewater Treatment Plant and then ultimately to the ocean after treatment. On January 10, 2012, approximately 3,523 gallons of wastewater generated during the RA was properly disposed through the Base sanitary sewer system. Copies of the wastewater characterization sample analytical reports are included in Appendix D - Confirmation Sample Analytical Results and summarized in Table 4-5.

# 4. EFFECTIVENESS OF REMEDIAL ACTION

The effectiveness of the remedial action was quantified by analyzing confirmation soil samples obtained from the bottom of each excavation grid cell for site-specific COPCs. Confirmation sampling occurred in phases based on analytical results from the initial sample obtained from the bottom of each excavation grid cell. In some instances, only one phase of confirmation sampling was necessary. The first phase of confirmation sampling took place after the initial excavation depth was achieved, which was intended to remove COPCs identified in the IAS (Insight, 2011a). Confirmation results from the first phase of sampling were subsequently compared to PALs; if the comparison indicated that COPCs in the confirmation samples exceeded site cleanup goals, and then a second phase of sampling took place after an addition 1-foot of sediment was excavated from the grid cell. A summary of analyses conducted on each confirmation sample is included as Table 4-1, and an overview of the results is presented in Table 4-2.

## 4.1. RESULTS OF CONFIRMATION SAMPLING

Upon receipt of the laboratory reports, Laboratory Data Consultants, Inc, of Carlsbad, California validated the analytical data using current USEPA functional guidelines. Data validation was based on quality control parameters reported by the laboratory and consisted of 80 percent Navy Level C (equivalent to USEPA Level III), and 20 percent Navy Level D (equivalent to USEPA Level IV). Analytical reports for all confirmation samples collected including results and detection limits are included in Appendix D. A final discussion of analytical data quality and project chemistry data quality is included in the Sampling Analysis Plan prepared for this project. A summary of analyses conducted on each of the confirmation samples is included as Table 4-1.

Analytical methods for confirmation samples were outlined in the Site Work Plan, as:

- TPH-e using U.S. EPA Method 8015 to be quantified as diesel, kerosene, hydraulic oil and motor oil.
- BTEX using U.S. EPA Method 5035/8260B
- Aluminum, antimony, Arsenic, barium, beryllium, cadmium, chromium, cobalt, copper, iron, lead, molybdenum, nickel, selenium, silver, thallium, titanium, vanadium, and zinc by USEPA Method 6020A
- Mercury by USEPA Method 7471A
- SVOCs using U.S. EPA Method 8270C-SIM

All samples were analyzed using the above methods with the following exceptions:

- With the exception of mercury, all waste sample metals were analyzed by USEPA Method 6010B

An overview of the confirmation sampling phases at each site is qualitatively summarized in Table 4-2. The first column of Table 4-2 presents the initial, Phase 1, confirmation sample identification, and the second column summarizes the results of the initial sample. If concentrations of site contaminants in the initial sample exceeded site cleanup goals, a Phase2 "follow-on" sample was obtained as indicated in the third column. The fourth and final column summarizes the analytical result of the Phase 2 sample confirmation sample. Confirmation sample locations and analytical results are presented on the attached figures, and analytical resu1ts of compounds detected above the method detection limit (ie, "hits" tables) are presented in the attached tables within this section. Phase 2 samples are seen on the figures as the deeper sample at each location.

A total of 21 confirmation sediment samples were obtained from the RA excavation including over excavation samples. Confirmation soil sample locations are shown on Figures 3-2 and 4-1, along with the results. Multiple phases of confirmation sampling occurred due to over excavation at five excavation grid cells.

The final no further action (NFA) determination for each grid cell was made by Navy Clean-up Program Mangers. For grid cell confirmation samples D1, C3, C4, and G4 which had low level concentrations above PALs, final NFA determination was based on following risk factors: (1) benefit of achieving PAL versus further impact to wetland as concentrations are approaching PALs with depth (2) worker safety by losing stability of working platform due to poor soil stability, (3) remaining low level concentrations are at depth below the expected biologically active zone, and (4) costs associated with increased excavation volumes.

## 4.2. ENVIRONMENTAL CONDITIONS REPORT

Upon verification that confirmation sample analytical results were below PALs, excavations at the OAC site were backfilled. Throughout the process of site preparation, soil and debris removal, and backfilling, a photographic log was maintained for evidence of removal and site restoration. The photographic log is attached in Appendix H as the Environmental Conditions Report.

## 4.3. GENERAL FINDINGS

- Approximately 2,035 cubic yards or 1,965 tons of COPC contaminated wetland sediment from two areas of concern was excavated from the OAC Site.
- The COPC impacted sediment was transferred to Simi Valley Landfill and Recycling Center in Simi Valley, California for direct disposal as wet sludge.
- Confirmation samples at the base of the excavation show non-detect levels of JP-8 and SVOCs. Kerosene and naphthalene, primary constituents for JP-8, were not detected in any of the closure samples.
- The remedial excavation work was successful in removing the majority of the high concentration COPC impacted sediment from beneath the area of the former aircraft wreckage and debris. Low levels of benzene and ethylbenzene (both less 1% their respective USEPA Residential Regional Screening Levels of 1100 µg/Kg and 5400 µg/Kg) are present in pockets at the base of the excavation in grid cells C4, F4 and G4. The Navy Clean-up Program manger made the determination that in-place concentrations of benzene and ethylbenzene fall within acceptable risk ranges and no further evaluation or cleanup actions are needed.
- Low Level concentrations of antimony, molybdenum, selenium and thallium above PALs were detected in grid cell confirmation samples D1, C3, C4, and G4. The Navy Clean-up Program manger made the determination that in-place metals concentrations fall within acceptable risk ranges and no further evaluation or cleanup actions are needed.

## 4.4. CLOSURE SUMMARY

The Omega Air Crash Site is a fully functioning wetland located on the southern end of the NBVC Air Field, southwest of Runway 3 and Taxiway Alpha on the western arm of Mugu Lagoon. The primary pollutant sources associated with the OAC Site consists of a release of JP-8 fuel and other lubricants and petroleum products released into the environment resulting from the aerial refueling tanker crash and ensuing fire. Confirmation soil samples from OAC Site show that, after the remedial action excavation of COPC contaminated sediment, the remaining sediment does not pose a significant risk to human health or ecological receptors that would require further cleanup actions.

The Navy Clean-up Program Managers in consultation with CA F&G developed the PALs for sediment from 0 to 3 ft bgs to protect human health and ecological receptors. The USCG and CA F&G OSPR both declined to reconvene the Unified Command for the sediment cleanup. Based on IAS investigation conducted and confirmation sample analytical results below PALs

and low risk associated for grid cells with low level concentrations above the PALs the Navy made the final NFA determination.

Based on these data presented in this report, the potential risk to human health and ecological receptors at OAC Site is within acceptable risk ranges and the Navy recommends no further evaluation or cleanup actions are needed at the site.

# 5. ONGOING ACTIVITIES

There are no ongoing remedial activities at the OAC Site, as the data evaluation and discussion presented in Sections 3.0 and 4.0 of this RAAR indicate that the RAOs have been met by the RA.

Ongoing site monitoring and inspections will be conducted through the Natural Resource Damage Assessment (NRDA) process part of National Oceanic and Atmospheric Administrations, Damage Assessment, Remediation, and Restoration Program established to protect coastal and marine resources, respond to pollution incidents, assess risk and injuries, and restore those resources when injured. The NRDA team will monitor the long-term effectiveness of the RA and determine if re-vegetation efforts will be necessary at the Site. The NRDA process includes cooperative participation regarding the damage assessment and restoration planning activities at the site with the NBVC Environmental Division, CA D&G, USFWS and Omega Air.

# 6. CERTIFICATION OF COMPLETION

I certify that the RAOs for the OAC Site at NBVC Point Mugu have been achieved and the necessary removal action is complete. The date of the completion is hereby established.

[redacted]

4/30/12

Date

Environmental Engineer

Naval Base Ventura County, Environmental Division

Naval Facilities Engineering Command Southwest

# 7. REFERENCES

2009 TLVs-and BEIs, Documentation of the Threshold Limit Values and Biological Exposure Indices, 7th Ed., American Conference of Industrial Hygienists.

ChaduxTt, 2010. *Draft Final Feasibility Study for IRP Site 11, Naval Base Ventura County Point Mugu, California*. June.

Chemical Information File, USDOL-OSHA 1985

[redacted] Industrial Toxicology, 3rd. ed., Publishing Sciences Group, Inc., Acton, Mass, (1974)

Insight, 2011a. *Technical Memorandum for Sediment Sampling at Omega Boeing 707, Crash Site, Naval Base Ventura County, Point Mugu, California*, August.

Insight, 2011b. *Sediment Removal Work Plan at Omega Plane Crash Site, Naval Base Ventura County, Point Mugu, California*, September.

Insight, 2011c. *Final Sampling Analysis Plan, Excavation and Confirmation Sediment Sampling at Omega Crash Site, Naval Base Ventura County, Point Mugu*. September.

Insight, Health and Safety Policy and Procedures Manual, October 2004.

National Library of Medicine, Specialized Information Services (TOXNET)

NIOSH Pocket Guide to Chemical Hazards. DOHS Pub No. 90-117

OSHA Air Contaminants: Permissible Exposure Limits (PELs) 29 CFR 1910.1000.54 FR 2332, January 19, 1989.

Occupational Safety and Health Administration (OSHA) Standards: Title 29 Code of Federal Regulations (CFR) Sections 1910.1001 and 1926.58 (as amended), 1910.134, 1910.20 and 1910.1200.

OSHA Standards for Hazardous Waste Operations and Emergency Response, Final Rule. 29 CFR 1910.120.54 FR 9294, March 6, 1989.

Occupational Safety and Health Guidance Manual for Hazardous Waste Site Activities, NIOSH/OSHA/EPA/USCG, DHHS (NIOSH) Publication No. 85-115, 1985.

Occupational Safety and Health Standards, Title 29 CFR Parts 1910 and 1926, U.S. Department of Labor, Occupational Safety and Health Administration (OSHA).

Occupational Diseases, A Guide to their Recognition, USDHEW (1977)

OSHA CD-ROM A95-2 (1995 3Q)

Permissible Exposure Limits for Chemical Contaminants, Table AC-1, Cal-OSHA-PELs. Title 8, Section 142.3; Labor Code Sections 142.3 and 144.6. 1981

[redacted] Industrial Medicine Desk Reference, Chapman & Hall (1986)

U.S. Army Corps of Engineers Safety & Health Requirements Manual, EM 385-1-1. 15 September 2008.

U.S. Environmental Protection Agency (EPA) Standards; Title 40 CFR, Part 61, Subpart M; Title 40 CFR, Part 763, Subpart E; Title 40 CFR Part 763, Subpart G.

U.S. Navy Installation Restoration Manual, February 1997.

[redacted] Industrial Toxicology, VNR 1985